# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 CR 928 | **DATE** | 10/18/2004 |
| **CASE TITLE** | USA vs. Ryan Evans | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Order. Defendant Evans' motions for a new trial and for judgment of acquittal pursuant to Fed. R. Crim. P. 29(c) are denied. (83-1, 84-1)

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | OCT 19 2004 | |
| | Notified counsel by telephone. | | date docketed | 83 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 2004 OCT 19 PM 1:54 | 10/19/2004 | |
| SN | courtroom deputy's initials | FILED | date mailed notice SN | mailing deputy initials |
| | | Date/time received in central Clerk's Office | | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )
                                  )
    v.                            )   No. 03 CR 928
                                  )
RYAN EVANS,                       )
                                  )
            Defendant.            )

MEMORANDUM ORDER

Federal Defender Program staff attorney John Murphy has filed, on behalf of recently convicted defendant Ryan Evans ("Evans"), a motion for a judgment of acquittal pursuant to Fed. R. Crim. P. ("Rule") 29(c) and a concurrent motion for a new trial pursuant to Rule 33. Evans' conviction came in his second trial on seven counts that stemmed from his having traded in four publicly-owned stocks (three of which were involved in tender offers) as the tippee of confidential information--at the first trial, although he was acquitted on a count charging conspiracy with the tipper, he dodged the bullet on the seven substantive counts (with the jurors having indicated that they were 11 to 1 for conviction on those seven charges).

All of the matters raised by Evans' two motions appear to be essentially restatements of issues that were raised during the course of trial and were resolved by this Court adversely to

Evans' position.[1] In all events, this Court finds the contentions advanced on Evans' behalf to be without merit. Both motions are denied.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 18, 2004

---

[1] If government counsel believe that any issue or issues was or were <u>not</u> raised during the trial, so as to be legally forfeited, they should file a response so indicating promptly. In that event this Court will take a fresh look at any issue so identified.